**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (249203)
ak@kazlg.com
Matthew M. Loker, Esq. (279939)
ml@kazlg.com
245 Fischer Ave., Suite D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone:   (619) 233-7770
Facsimile:   (619) 297-1022

*Attorneys for Plaintiff,*
Maria Spaeth

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARIA SPAETH,**<br><br>             Plaintiff,<br><br>    v.<br><br>**FIRST PREMIER BANK; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC; AND, TRANS UNION LLC,**<br><br>             Defendants. | **Case No.:** CV16-5580 FMO (AFMx)<br><br>**NOTICE OF SETTLEMENT RE: DEFENDANT FIRST PREMIER BANK ONLY**<br><br>**HON. FERNANDO M. OLGUIN** |

///

---

**NOTICE OF SETTLEMENT RE: DEFENDANT FIRST PREMIER BANK**

**NOTICE IS HEREBY GIVEN** that the dispute between Plaintiff MARIA SPAETH ("Plaintiff") and Defendant FIRST PREMIER BANK ("FPB") has been resolved in its entirety. The Parties anticipate filing a Joint Motion for Dismissal of FPB with Prejudice within 60 days. Plaintiff requests that all pending dates and filing requirements with regard to FPB be vacated and that the Court set a deadline on or after November 30, 2016 for filing a Joint Dismissal.

Dated: September 30, 2016                                            Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By: ____/s/ Matthew M. Loker___
MATTHEW M. LOKER, ESQ.
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

A copy of the foregoing *Notice of Settlement re: First Premier Bank* has been filed this 30th day of September, 2016, through the Court's electronic filing system. All parties may access the foregoing via the Court's electronic filing system.

___/s/ Matthew M. Loker___
Matthew M. Loker