**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (249203)
ak@kazlg.com
Matthew M. Loker, Esq. (279939)
ml@kazlg.com
245 Fischer Ave., Suite D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone:   (619) 233-7770
Facsimile:   (619) 297-1022

*Attorneys for Plaintiff,*
Maria Spaeth

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA SPAETH,<br><br>            Plaintiff,<br><br>v.<br><br>FIRST PREMIER BANK; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC; AND, TRANS UNION LLC,<br><br>            Defendants. | **Case No.:** CV16-5580 FMO (AFMx)<br><br>**STIPULATION TO DISMISS DEFENDANT ACTION WITH PREJUDICE PURSUANT TO FRCP 41(A)**<br><br>**HON. FERNANDO M. OLGUIN** |

**STIPULATION TO DISMISS ACTION WITH PREJUDICE PURSUANT TO FRCP 41(A)**

Plaintiff MARIA SPAETH, and Defendants EXPERIAN INFORMATION SOLUTIONS, INC.; and, TRANS UNION LLC) (collectively, the "Parties"), by and through their counsel of record herein, stipulate and agree as follows:

**WHEREAS**, the Parties have resolved this matter in its entirety

**THEREFORE, IT IS HEREBY STIPULATED** by and between the Parties, directly and/or by and through their respective counsel of record, that this action shall be and hereby is dismissed with prejudice pursuant to Fed. R. Civ. Proc. 41, with each party to bear their own attorneys' fees and costs associated with the prosecution and defense of this action.

Date: April 12, 2017

**KAZEROUNI LAW GROUP, APC**

By: _____/s Matthew M. Loker_____
MATTHEW M. LOKER, ESQ.
ATTORNEY FOR PLAINTIFF

**JONES DAY**

By: _____/s/ Andrea Mazingo_____
ANDREA MAZINGO, ESQ.
ATTORNEY FOR EXPERIAN

**MUSICK PEELER AND GARRETT LLP**

By: _____/s/ Donald E. Bradley_____
DONALD E. BRADLEY, ESQ.
ATTORNEY FOR TRANS UNION

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to defense counsel and that I have obtained defense counsel's authorization to affix defense counsel's electronic signatures to this document.

Date: April 12, 2017                                             **KAZEROUNI LAW GROUP, APC**

By: _____/s Matthew M. Loker_____
MATTHEW M. LOKER, ESQ.
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

A copy of the foregoing *Stipulation to Dismiss Action with Prejudice Pursuant to FRCP 41(a)* has been filed this 12th day of April 2017, through the Court's electronic filing system. All parties may access the foregoing via the Court's electronic filing system.

___/s/ Matthew M. Loker___
Matthew M. Loker