JS-6

FILED
CLERK, U.S. DISTRICT COURT

4/14/2017

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARIA SPAETH,**<br><br>   Plaintiff,<br><br> v.<br><br>**FIRST PREMIER BANK; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC; AND, TRANS UNION LLC,**<br><br>   Defendants. | **Case No.:** CV16-5580 FMO (AFMx)<br><br>**ORDER**<br><br>**HON. FERNANDO M. OLGUIN** |

 Based upon the Parties' Joint Motion, and good cause, this Court hereby orders the Action to be, and is, dismissed with prejudice with each Party to bear their own attorneys' fees; and, costs.

**IT IS SO ORDERED.**

Dated: April 14, 2017      _____/s/_____
                HONORABLE FERNANDO M. OLGUIN
                UNITED STATES DISTRICT JUDGE